UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Orlando Division

**CIVIL RIGHTS COMPLAINT FORM**

GREGORY LENARD MILLS

CASE NUMBER: _____
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

ACE CASH EXPRESS

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right). _____/

**ANSWER ALL OF THE FOLLOWING QUESTIONS:**

I. PLACE OF PRESENT CONFINEMENT: NOT CONFINED
(Indicate the name and location)

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

EXHAUSTION OF ADMINISTRATIVE REMEDIES: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:

General Grievance

    1. Informal Grievance (Form DC3-005)
    2. Formal Grievance (Form DC1-303)
    3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A.    Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

    1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

    3. Were you denied emergency status? Yes ( ) No (✓)

        a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

        b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B.    Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                           2

    1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

    2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.   <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

    1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

    2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

    3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

    4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.   <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

    1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

    2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __16__ day of __April__, 2_024_.

                                                                _Gregory L. Mills_
                                                                 Signature of Plaintiff

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u> Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (✓)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

1. What steps did you take? __N/A__

2. What were the results? __N/A__

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: __I AM NOT IN PRISON OR JAIL AND THIS IS THE ONLY MOTION TO REACH THE FEDERAL COURTS___

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this __16__ day of __April__, 20__24__.

__Gregory L. Mill__
Signature of Plaintiff

DC 225 (Rev. 9/03)

4

IV. **PREVIOUS LAWSUITS:**

  A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
  Yes ( ) No (✓)

  B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
  Yes ( ) No (✓)

  C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): N/A

      Defendant(s): N/A

   2. Court (if federal court, name the district; if state court, name the county): N/A

   3. Docket Number: N/A

   4. Name of judge: N/A

   5. Briefly describe the facts and basis of the lawsuit: N/A

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): N/A

   7. Approximate filing date: N/A

   8. Approximate disposition date: N/A

  D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case: No

DC 225 (Rev. 9/03)

5

_____

_____

_____

_____

V. **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: GREGORY LENARD MILLS

   Mailing address: 1204 S. POMEGRANATE AVE, SANFORD, FLORIDA #32771

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: ACE CASH EXPRESS

   Mailing Address: 2100 S. FRENCH AVE. SANFORD, FLORIDA #32771

   Position: BANK

   Employed at: _____

D. Defendant: N/A

   Mailing Address: _____

   Position: _____

   Employed at: _____

E. Defendant: N/A
   Mailing Address:
   
   Position:
   Employed at:

F. Defendant: N/A
   Mailing Address:
   
   Position:
   Employed at:

G. Defendant: N/A
   Mailing Address:
   
   Position:
   Employed at:

VI. **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

ACE CASH EXPRESS, VIOLATED my EIghth AmenDment Rights by taking my SSI check by Allowing Shaniyan FooD market to take money off my Bank carD illegally which is CRuel AnD UnUAsAL.

VII. **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

ARounD 8-11-2023 I went TO ACE CASH EXPRESS TO open up A Bank Account with my $941.00 Dollar (SSI) check AnD To start Direct Deposit. When my (SSI) check was process AnD came on my Bank carD. My First Time useing it At Shaniyan FooD market AnD they overcharged me with Three Trans.

Statement of Facts, continued:

Actions of 160.00, 120.00, and 60.00 Dollars and when I called Shaniyanis Food Market and told them what happen. They told me that I had to call my Bank and when I called Ace Cash Express and told them of the situation and I need help getting my money back and thats when I learned I was dealing with another Bank out of State and I told Ace Cash Express that they didn't tell me this when I open the Bank Account and I told him that this false advertisment. When he told me that he cant help me get my money back and when they turned off my Bank card they took my 100.00 Dollars that I had to keep my Bank Account open and $20.00 Dollars that I had left on the card and I got both the old & new cards with my evidence on them. (Copies of the Cards attached front and back)

VIII. **RELIEF REQUESTED**: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Defendant is seeking the return of all his funds that was taken off his first bank card and five grand for abuse of the mentally ill and I am requesting that this case be heard by a panel of federal judges to keep everything Righteous ---

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this __16__ day of __April__, 2 0 2 4.

*Gregory L. Mills*

_____

_____

(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)









# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I AM SENDing COPY'S TO THE DEFENDANT AND THE COURTS by UNITED STATES MAIL SERVICE ON THIS 8 DAY MAY AND YEAR 2024.

*Gregory L. Mills*
GREGORY L. Mills
1204 S. POMEGRANATE AVE.
SANFORD, FLORIDA
32771