# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**GREGORY LENARD MILLS,**

      **Plaintiff,**

**v.**                                              **Case No: 6:24-cv-887-PGB-DCI**

**ACE CASH EXPRESS,**

      **Defendant.**

_____/

## ORDER

This case is before the Court upon periodic review. On June 11, 2024, the Court entered an Order directing counsel to file a Notice of Pendency of Other Actions and a Certificate of Interested Persons within fourteen (14) days of the date of the Order. (Doc. 5). Plaintiff was warned that failure to comply may result in dismissal of the case. Plaintiff has failed to comply, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on July 2, 2024.

*[Signature]*
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties